PER CURIAM.

(No. 6198 )

BELL AND HOWELL SCHOOLS, INC., Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed February 9, 1973.*

BELL AND HOWELL SCHOOLS, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

192

PER CURIAM.